IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CALVIN HOSKINS, on behalf of himself**                                                       **PLAINTIFF**
**and others similarly situated**

**V.**                         **No.: 3-08-CV-210-BSM**

**MISSISSIPPI COUNTY ARKANSAS**                                          **DEFENDANT**
**ECONOMIC OPPORTUNITY**
**COMMISSION, INC.**

## **ORDER**

Plaintiff Calvin Hoskins moves to extend the discovery deadline and to extend the time to file a response to defendant's motion for summary judgment (Doc. No. 18). Plaintiff's counsel began suffering serious health problems in December 2009 and, since that time, has been unable to manage this case. As a result, plaintiff has failed to respond to defendant's motion for summary judgment and the discovery deadline passed without plaintiff obtaining a Rule 30(b)(6) deposition. Due to these circumstances, plaintiff is hereby ordered to obtain another counsel to either substitute for, or serve as co-counsel to, his present counsel.

IT IS SO ORDERED this 16th day of February, 2010.

                                                              UNITED STATES DISTRICT JUDGE