# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CALVIN HOSKINS**, on behalf of himself　　　　　　　　　　　**PLAINTIFF**
and others similarly situated

V.　　　　　　　　　　No. 3-08-CV-210-BSM

**MISSISSIPPI COUNTY ARKANSAS**　　　　　　　　　　**DEFENDANT**
**ECONOMIC OPPORTUNITY**
**COMMISSION, INC.**

## ORDER

On February 16, 2010, plaintiff Calvin Hoskins was directed to either retain substitute counsel or associate counsel to aid in trial preparation (Doc. No. 19). This order followed notice that Hoskins's counsel has severe health problems that have made it difficult for her to prosecute the case. Hoskins was given a deadline of March 16, 2010 to follow this order (Doc. No. 20). Hoskins responded on March 16, 2010 (Doc. No. 21) but failed to obtain either substitute or associate counsel.

For the reasons set forth herein, this case is dismissed without prejudice because Hoskins has failed to comply with the February 16, 2010 order.

IT IS SO ORDERED this 18th day of March, 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE