**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CALVIN HOSKINS, on behalf of himself**                                              **PLAINTIFF**
**and others similarly situated**

**V.**                             **No.: 3-08-CV-210-BSM**

**MISSISSIPPI COUNTY ARKANSAS**                                        **DEFENDANT**
**ECONOMIC OPPORTUNITY
COMMISSION, INC.**

## ORDER

Plaintiff Calvin Hoskins moves, pursuant to Federal Rule of Civil Procedure 60(b) or 59(e) (Doc. No. 25), to set aside the March 18, 2010 order of dismissal (Doc. No. 24), arguing that the dismissal is a disproportionate sanction for Hoskins's excusable neglect and that failing to set aside the judgment would constitute a manifest error of law. Defendant Mississippi County Arkansas Economic Opportunity Commission, Inc., objects to plaintiff's motion (Doc. No. 29). Dismissal was appropriate because plaintiff was given many opportunities to comply with this court's orders but failed to do so. Therefore, the motion for reconsideration is denied.

IT IS SO ORDERED this 12th day of May, 2010.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE